UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dr. Gregg G. Hipple,
a licensed orthodontist, and
Gregg G. Hipple, DDS, M.S., Ltd.
d/b/a Orthodontics by Hipple,

Plaintiffs,

v.

OrthAlliance, Inc., f/k/a Premier
Orthodontic Group, Inc.,

Defendant.

Civil Action No. 01-CV-1131 RHK/SRN

**STIPULATION EXTENDING TIME TO ANSWER AND ORDER**

## STIPULATION

The parties hereby stipulate and agree and ask this Court to enter an order extending the time for defendant to answer or otherwise respond to the Complaint until July 23, 2001.

Dated: July 16, 2001

Linda L. Holstein

Linda L. Holstein (#150836)
Lorenz F. Fett, Jr. (#196769)
PARSINEN KAPLAN ROSBERG
& GOTLIEB, P.A.
Suite 1100
100 South Fifth Street
Minneapolis, MN 55402
Telephone No.: 612/333-2111
Fax No.: 612/333-6798

ATTORNEYS FOR PLAINTIFFS

FILED JUL 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: July 17, 2001

David P. Bunde (#138344)
Lora Esch Mitchell (#259615)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Telephone No: 612/347-7000
Fax No.: 612/347-7077

ATTORNEYS FOR DEFENDANT

**ORDER**

SO ORDERED.

Dated: July 18, 2001

Susan Richard Nelson
Magistrate Judge of United States District Court

::ODMA\PCDOCS\FBDOCS1\2535375\1

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500