UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dr. Gregg G. Hipple,
a licensed orthodontist, and
Gregg G. Hipple, DDS, M.S., Ltd.
d/b/a Orthodontics by Hipple,

Plaintiffs,

v.

OrthAlliance, Inc., f/k/a Premier
Orthodontic Group, Inc.,

Defendant.

Civil Action No. 01-CV-1131 RHK/SRN

**ORDER**

This matter is before the Court upon the request of Defendant OrthAlliance, Inc. to establish the time for appeal from rulings made by Magistrate Judge Susan Richard Nelson from the bench on February 13, 2002. The Court is informed that the Magistrate Judge will not issue a written order, and that the defendant has not yet been able to obtain a transcript of the hearing.

Accordingly, **IT IS HEREBY ORDERED** that Defendant shall have ten (10) days from the date that it receives a written transcription of the Magistrate Judge's rulings within which to file an appeal.

Dated: February 21, 2002

RICHARD H. KYLE
United States District Judge

::ODMA\PCDOCS\FBDOCS1\2621118\1

FEB 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK