**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Gregg G. Hipple, a licensed orthodontist,
and Gregg. G. Hipple, DDS, M.S., Ltd.,
d/b/a Orthodontics by Hipple,

Plaintiffs,

v.

Civil No. 01-1131 (RHK/SRN)
**ORDER**

OrthAlliance, Inc., f/k/a Premier
Orthodontic Group, Inc.,

Defendant.

---

Defendant OrthAlliance, Inc., has appealed from the February 13, 2002 and March 13, 2002 Orders of United States Magistrate Judge Susan R. Nelson. Defendant argues on appeal that the denial without prejudice of Plaintiffs' Motion to Amend the Complaint was in error; Defendant's position is that denial should have been with prejudice. In addition, Defendant asserts that Judge Nelson's rulings regarding various discovery requests were contrary to law.

The undersigned has reviewed the submissions of the parties, including the transcripts of the February 13 hearing before Judge Nelson and of the telephonic conference between Judge Nelson and counsel on March 18. That review satisfies the Court that Judge Nelson's rulings were neither clearly erroneous nor contrary to law; accordingly, they will be affirmed.



MAR 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Although the undersigned has reservations with respect to the Plaintiffs' attempt to add Orthodontic Centers of America, Inc., ("OCA") as a party, the undersigned believes that Plaintiffs should be given an opportunity through discovery to develop the basis for such a motion to amend. The undersigned leaves to Judge Nelson's sound discretion the appropriate procedures for obtaining that data.

Based upon all of the files, records and proceedings herein, **IT IS ORDERED** that the Orders of Magistrate Judge Nelson that have been appealed from (Doc. Nos. 33 & 41) are **AFFIRMED**.

Dated: March 26, 2002

RICHARD H. KYLE
United States District Judge