**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Dr. Gregg G. Hipple,**
**a licenced orthodontist, and**
**Gregg G. Hipple, DDS, M.S., Ltd.**
**d/b/a Orthodontics by Hipple**

**Plaintiffs,**

v.

**OrthAlliance Inc., f/k/a**
**Premier Orthodontic Group, Inc.,**

**Defendant.**

**Civil No. 01-1131 (RHK/SRN)**

**CONFIDENTIALITY AND PROTECTIVE ORDER**

---

In order to preserve and maintain the confidentiality of certain documents and materials produced by both parties in this litigation,

It is hereby **ORDERED** that:

1. All counsel and their employees shall be and are hereby enjoined from disclosing to or otherwise discussing with any other person any confidential information(as herein defined), except as provided hereafter.

2. All "confidential information produced by parties in the course of this civil action or any appeal arising therefrom (the "litigation") may be used in this case only subject to the terms and conditions of this Order.

3. "Confidential information," as used herein, means any information which is designated as "confidential" whether it be a document, information contained in a document, information revealed during a deposition or in any Interrogatory answer or otherwise disclosed in

APR 0 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

discovery. Information shall be designated as confidential only upon the good-faith belief that the information falls within the scope of "confidential" information under the Federal Rules of Civil Procedure, relevant statutes or the common-law. Counsel shall have the right to challenge the designation of any document as "confidential" in accordance with the procedure set forth in Paragraph 4, below.

4. A party receiving confidential information, may, within ninety (90) days of receiving such information, provide written notice to the providing party that the receiving party denies that certain documents or other materials marked as confidential information are entitled to such status and protection. To maintain confidential information status, the proponent of confidentiality shall, within one hundred eighty (180) days of receiving such written notice, apply to the court for protection, showing by a preponderance of the evidence, that there is good cause for the documents or other materials to have such protection. Unless the receiving party provides written notice challenging confidential information status, as set forth above, all such information, so marked, shall be deemed to be confidential information.

5. Documents containing confidential information shall be designated as confidential by placing the word "CONFIDENTIAL" on the original or copy of the document.

6. Confidential information which is disclosed at a deposition must be designated as confidential by indicating on the record at the deposition, or in writing to all counsel within ten (10) days following receipt of the deposition transcript by counsel so designating, that the testimony is confidential and subject to the provisions of this Court Order with regard to confidentiality.

7. Confidential information may be inspected by the following persons:

a. The parties and counsel of record for the plaintiff and defendants in this litigation and any employee of such counsel, or where authorized in other litigation, any lawyers specifically employed by them in connection with the litigation and any employee of such counsel assisting them.

b. Any attorney representing a plaintiff member-orthodontist, and any employee or retained expert of such counsel, involved in any other litigation against OrthAlliance involving allegations of breach of the parties' business services and/or consulting agreements.

c. Experts and consultants employed by the parties, and outside providers of document reproduction, imaging, and coding services, employed by the parties.

8. All individuals listed in subsections (b) and (c) above, to whom designated confidential information or documents are to be disclosed shall, prior to such disclosure, agree in writing to the following, as attached hereto as "Attachment One" entitled "Acknowledgment Regarding Stipulation and Order of Confidentiality":

> I hereby certify that I have received and read the Stipulation and Order of Confidentiality entered by the court in Hipple v. OrthAlliance, Court File No. 01-CV-1131 RHK/SRN. I understand that I am bound by the terms of that Stipulation and Order and will abide by its terms. I hereby submit myself to the jurisdiction of the Federal Courts of Minnesota for the purpose of enforcement of this Order.

9. No summary or copy of any designated confidential information or document shall be made by any person, other than at the express direction of the attorney to whom disclosure was first made. Any such summary or copy shall be subject to the terms of this Protective Order to the same extent as the information or document from which such summary or copy is made.

10. Nothing herein shall be deemed to restrict in any manner the use by any party of

its own documents or materials.

11. Nothing herein shall be deemed to restrict in any manner the use by any party of confidential information during the examination of witnesses at depositions in this action, or at the trial of this case.

12. Within forty-five (45) days after the final adjudication or settlement of all claims in this case, counsel for the parties either shall return all confidential documents produced, if so requested by the producing party, or shall destroy all such documents. All copies of confidential documents, and all information and notes derived from them, also shall be destroyed. Compliance with this provision shall be certified to by all counsel for the obtaining party or parties.

13. Nothing herein shall affect the right of any party to seek additional protection against the disclosure of any documents or materials.

14. Any party may apply to this court at any time, upon proper notice for a modification of this Protective Order with respect to the handling or designation of any document or for any other purpose.

Dated: April 9, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Dr. Gregg G. Hipple,**<br>**a licenced orthodontist, and**<br>**Gregg G. Hipple, DDS, M.S., Ltd.**<br>**d/b/a Orthodontics by Hipple** | **Civil No. 01-1131 (RHK/SRN)** |
| **Plaintiffs,** | **AGREEMENT TO PROTECT CONFIDENTIAL INFORMATION** |
| v. | |
| **OrthAlliance Inc., f/k/a**<br>**Premier Orthodontic Group, Inc.,** | |
| **Defendant.** | |

1. I have been requested by Counsel for ______________________________ to assist counsel with certain material which I have been informed is "Confidential Material" or "Highly Confidential Material" within the terms of the Confidentiality and Protective Order issued by the court in the above-entitled action.

2. I have read the Confidentiality and Protective Order dated entered in this action. I am familiar with the provisions of the Confidentiality and Protective Order and agree to abide by them. I agree not to disclose any information designated as "CONFIDENTIAL MATERIAL" or "HIGHLY CONFIDENTIAL MATERIAL" and not to use such information other than in assisting counsel for ________________________________, and/or for purposes of representing member orthodontists plaintiff involved in similar pending or contemplated litigation against OrthAlliance.

3. I hereby submit to the jurisdiction of this Court for the purpose of enforcement of the Confidentiality and Protective Order against me in this action and understand that I may be found in contempt of Court if I violate this Agreement.

4. I understand and agree that my obligations under this Agreement and the Confidentiality and Protective Order will survive and continue beyond the termination of this action.

____________________________________

____________________________________
(Printed Name)

STATE OF ________________}
} ss.
COUNTY OF ______________}

The foregoing instrument was acknowledged before me this _____ day of _____________, 2002, by ____________________________.

________________________________
Notary Public
My Commission Expires: _________

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.